**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6124**

_____

SHERMAN A. THOMPSON,

Plaintiff - Appellant,

v.

OFFICER RICHARDSON; TARACE CARSON, Officer,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.   (5:09-ct-03161-BO)

_____

Submitted:  August 30, 2011          Decided:  September 9, 2011

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Sherman A. Thompson, Appellant Pro Se.  Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherman A. Thompson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. Richardson, No. 5:09-ct-03161-BO (E.D.N.C. Jan. 19, 2011). We deny Thompson's motion to file an amended complaint and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED